In the Matter of RICKEY LYNCH, Appellant, v WILLIAM CONDON, Respondent.

Submitted November 7, 2011; decided December 15, 2011

Reported below, 87 AD3d 644.

On the Court's own motion, appeal dismissed, without costs, upon the ground that the issues presented have become moot. Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

JAVONDI PENDER, Appellant, v LASALLE BUS SERVICE, INC., Respondent.

Submitted October 24, 2011; decided December 15, 2011

Reported below, 2011 NY Slip Op 83123(U).

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in the Civil Court of the City of New York (NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

RANDI RHODES, Also Known as RANDI ROBERTSON, Appellant, v STEVEN EDWARD HERZ et al., Respondents.

Submitted October 17, 2011; decided December 15, 2011

Reported below, 84 AD3d 1.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.